ACCEPTED
12-15-00176-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/4/2015 11:01:35 AM
Pam Estes
CLERK

_____

**12-15-00176-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/4/2015 11:01:35 AM
PAM ESTES
Clerk

_____

**IN THE COURT OF APPEALS**
**FOR THE TWELFTH APPELLATE DISTRICT**
**TYLER, TEXAS**

_____

**RANDY EARL CRAWFORD**
**v.**
**THE STATE OF TEXAS**

_____

**APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT**
**OF ANGELINA COUNTY, TEXAS**

_____

**UNAPPOSED MOTION FOR LEAVE TO FILE LATE BRIEF OF**
**APPELLANT**
**RANDY EARL CRAWFORD**

_____

Respectfully, Submitted:

*/S/ John D. Reeves*

JOHN D. REEVES
Attorney at Law
1007 Grant Ave
Lufkin, Texas 75901
Phone: (936) 632-1609
Fax: (936) 632-1640
SBOT # 16723000
Email: tessabellus@yahoo.com
**ATTORNEY FOR APPELLANT**

## IDENTITY OF PARTIES AND COUNSEL

**Parties:**
Appellant in Trial Court:

Randy Earl Crawford #2010594
8101 F.M 969
Austin, Texas 78724

**Trial and Appellate Counsel**:

**Appellant**:

Trial and Appellate:
John D. Reeves
Attorney at Law
1007 Grant Ave.
Lufkin, Texas 75901
Phone: (936) 632-1609
Fax: (936) 632-1640
SBOT # 16723000

**Appellee**:

| | |
|---|---|
| April Ayers-Perez | **Trial** Scott Greenbaum |
| Angelina County Dist. Atty | Angelina County Dist. Atty |
| P.O. Box 908 | P.O. Box 908 |
| Lufkin, Texas 75901 | Lufkin, Texas 75901 |
| Phone:  936-632-5090 | Phone: 936/ 632-5090 |
| SBOT#  24090075 | SBOT# 24043703 |

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Pursuant to Tex. R. App. P.10.1 and 38.6 (d), the Appellant, Randy Earl Crawford, of Angelina County, files this, his Unopposed Motion for Leave to File Late Brief.

Randy Earl Crawford's brief was due on November 24, 2015.

Counsel for Randy Earl Crawford relies on the following reasons, to explain the need for the requested extension.

Due continuing health issues, counsel was unable to complete the brief. Counsel has hired an attorney to assist with his caseload during his recuperation and has completed the brief, filed in accompaniment to this Motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion,

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed Motion for Leave to File Late Brief and extend the deadline for filing the Appellant's Brief up to and including December 4, 2015. Appellant requests all other relief to which he may be entitled.

*/s/John D. Reeves*
John D. Reeves
Attorney at Law
1007 Grant Street
Lufkin, Texas 75901
Phone (936) 632-1609 Fax (936) 632-1640
SBOT # 16723000
ATTORNEY FOR APPELLANT

## **CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. 10.1 (5), certify that the undersigned conferred with opposing counsel who indicated that she does not oppose this motion.

*/s/John D. Reeves*

_____
John D. Reeves


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion For Leave to File Late Brief on this 4th day of December, 2015 forwarded to April Ayers-Perez, Assistant District Attorney of Angelina County, aperez@angelinecounty.net, by e-filing.

*/s/John D. Reeves*

_____
John D. Reeves
Attorney for Appellant,
Randy Earl Crawford